OPINION — AG — ** DUAL OFFICE HOLDING — CONFLICT OF INTEREST ** DUE THE CREATION OF THE OKLAHOMA WATER RESOURCES BOARD . . . CAN IS SERVE ON THE STATE WATER POLLUTION CONTROL AGENCY AND STILL REMAIN COMMISSIONER OF HEALTH ? — AFFIRMATIVE (DEPARTMENT OF HEALTH, DUAL OFFICE HOLDING, STATE AGENCIES) CITE: 52 O.S. 142 [52-142], 63 O.S. 614 [63-614], 82 O.S. 903 [82-903], OPINION NO. OCTOBER 18, 1956 — MATHEWS (J. H. JOHNSON)